Prob 12
(Rev 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Brian McAllister                                           Docket No. 01-00073-002

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Brian McAllister, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 4th day of April 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Pay $200 special assessment.
- Pay $70,000 restitution, owed jointly and severally with his co-defendants, to be paid at the rate of 10% of his gross monthly income or a nominal amount of not less than $10 per month.
- Provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without approval.

04-04-02:   Bank Larceny and Conspiracy; 10 months' incarceration, followed by 3 years' supervised release.
05-13-03:   Released to supervision; Currently supervised by United States Probation Officer Tracey Begonia.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has paid his special assessment in full and has paid $783.10 toward his restitution obligation, which is due jointly and severally with his co-defendants. The total paid on this case from his co-defendants is $438. The defendant understands that he continues to be obligated to make restitution payments should the Court allow his case to close with money owing.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 01-00073-002 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       March 29, 2006

ORDER OF COURT

Considered and ordered this  30  day of
March, 2006  and ordered filed and made
a part of the records in the above case.

_____
United States District Judge

_____
Tracey Begonia
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA